IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. A. No. 06- 97- UNA |
| ROCHELLE USHERY | : | REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

From in or about December 1984 to in or about May 2004, in the State and District of Delaware, **ROCHELLE USHERY**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use, money, namely $14,170.05, of the Social Security Administration, an agency and department of the United States, by repeatedly double negotiating benefit checks, in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

‾Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 5 SEP 06

FILED

SEP - 5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE