UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Criminal Action No. 06-97-KAJ |
| : | |
| Rochelle Ushery : | |
| : | |
| : | |
| Defendant. : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Eleni Kousoulis, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Rochelle Ushery, in the above-captioned matter.

/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE


/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  October 5, 2006

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-97-KAJ |
| | : | |
| Rochelle Ushery | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Eleni Kousoulis, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Rochelle Ushery, in the above-captioned matter.

/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE


/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED: October 5, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Rochelle Ushery hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 5, 2006, to:

David L. Hall, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE  19801

/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  October 5, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Rochelle Ushery hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 5, 2006, to:

> David L. Hall, Esquire
> Assistant United States Attorney
> 1007 Orange Street, Suite 700
> Wilmington, DE  19801

> /s/ Christopher S. Koyste
> CHRISTOPHER S. KOYSTE, ESQUIRE
> Assistant Federal Public Defender
> First Federal Plaza, Suite 110
> 704 King Street
> Wilmington, DE  19801

DATED:  October 5, 2006