# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

Edson Bostic
Acting Federal Public Defender

Eleni Kousoulis
Christopher S. Koyste
Assistant Federal Public Defenders

Moira McGuire Kulik
Research and Writing Specialist

December 13, 2006

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      Re:    **United States v. Rochelle Ushery**
               **Criminal Action No. 06-97-KAJ**

Dear Judge Jordan:

      I am writing to request that a suppression hearing for this case remain unscheduled due to the fact that I am having Ms. Ushery examined to determine if she is competent. I spoke to Ms. Eisenstein and she does not oppose this request.

                        Respectfully submitted,

                        /s/
                        Christopher S. Koyste
                        Assistant Federal Public Defender

cc:   Ilana H. Eisenstein, AUSA
      Ms. Rochelle Ushery
      Clerk of the Court

# FEDERAL PUBLIC DEFENDER
## District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

Edson Bostic
Acting Federal Public Defender

Eleni Kousoulis
Christopher S. Koyste
Assistant Federal Public Defenders

Moira McGuire Kulik
Research and Writing Specialist

December 13, 2006

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

   **Re:**  **United States v. Rochelle Ushery**
      **Criminal Action No. 06-97-KAJ**

Dear Judge Jordan:

  I am writing to request that a suppression hearing for this case remain unscheduled due to the fact that I am having Ms. Ushery examined to determine if she is competent. I spoke to Ms. Eisenstein and she does not oppose this request.

           Respectfully submitted,

           /s/
           Christopher S. Koyste
           Assistant Federal Public Defender

cc: Ilana H. Eisenstein, AUSA
   Ms. Rochelle Ushery
   Clerk of the Court

# FEDERAL PUBLIC DEFENDER
## District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

Edson Bostic
Acting Federal Public Defender

Eleni Kousoulis
Christopher S. Koyste
Assistant Federal Public Defenders

Moira McGuire Kulik
Research and Writing Specialist

December 13, 2006

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    **Re:** **United States v. Rochelle Ushery**
       **Criminal Action No. 06-97-KAJ**

Dear Judge Jordan:

  I am writing to request that a suppression hearing for this case remain unscheduled due to the fact that I am having Ms. Ushery examined to determine if she is competent. I spoke to Ms. Eisenstein and she does not oppose this request.

          Respectfully submitted,

          /s/
         Christopher S. Koyste
         Assistant Federal Public Defender

cc: Ilana H. Eisenstein, AUSA
   Ms. Rochelle Ushery
   Clerk of the Court