IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 06-97 (GMS) |
| ) | |
| ROCHELLE USHERY ) | |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the court will hold a scheduling conference regarding the above-captioned case, in chambers, on **Tuesday, March 27, 2007, at 9:30 a.m.**


Dated: March 9, 2007         /s/ Gregory M. Sleet
                             UNITED STATES DISTRICT JUDGE