IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-97 (GMS) |
| | : | |
| ROCHELLE USHERY | : | |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a change of plea hearing regarding the above-captioned defendant is scheduled for **Tuesday, April 3, 2007, at 9:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 6A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 26, 2007