

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-97-GMS |
| | ) | |
| ROCHELLE USHERY, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

From in or about August, 2001, to in or about May 2004, in the State and District of

Delaware, ROCHELLE USHERY, defendant herein, did knowingly and willfully embezzle,

steal, purloin, and covert to her own use, money, of the Social Security Administration, an

agency and department of the United States, by repeatedly double negotiating benefit checks, in

violation of Title 18, United States Code, Section 641.


COLM F. CONNOLLY
United States Attorney


By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: April 3, 2007

**FILED**

APR 1 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE